```
 1  Brent M. Giddens, State Bar No. 133652
    bgiddens@cdflaborlaw.com
 2  Daphne P. Bishop, State Bar No. 217519
    dbishop@cdflaborlaw.com
 3  CAROTHERS DISANTE & FREUDENBERGER LLP
    707 Wilshire Boulevard
 4  Suite 5150
    Los Angeles, California 90017
 5  Telephone: (213) 612-6300
    Facsimile: (213) 612-6301
 6
    Daren S. Garcia, Ohio State Bar No. 0077156,
 7  dsgarcia@vorys.com
    Pro Hac Vice Application to be Filed
 8  VORYS, SATER, SEYMOUR AND PEASE LLP
    52 East Gay Street
 9  Columbus, Ohio 43216-1008
    Telephone: (614) 464-5446
10  Facsimile: (615) 719-5054

11  Attorneys for Defendants
    Abercrombie & Fitch Stores, Inc., Stephanie Charles, and
12  Megan Watumull (erroneously sued as Meghan Watumull)
```

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**CV13-02139 ODW (SSx)**

| | |
|---|---|
| JILLIAN HALLMAN, an individual, | Case No. |
| Plaintiff, | *(Removed from Los Angeles Superior Court, Case No. BC488368)* |
| v. | |
| ABERCROMBIE & FITCH, CO., an Ohio Corporation; STEPHANIE CHARLES, an Individual; MEGHAN WATUMULL, an Individual and DOES 1 through 25, inclusive, | **NOTICE OF REMOVAL** |
| Defendants. | |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Abercrombie & Fitch Stores, Inc., Stephanie Charles, and Meghan Watumull ("Defendants") hereby remove this action from the Superior Court of the

1

647425.1

State of California for the County of Los Angeles – Central District to the United States District Court for the Central District of California.

      In support of this Notice of Removal, Defendants state as follows:

### A. Procedural History

1. On or about July 16, 2012, a civil action styled *Jillian Hallman v. Abercrombie & Fitch, Co., Stephanie Charles, Meghan Watumull, Does 1 through 25, inclusive*, Case No. BC488368, was commenced by the filing of Plaintiff's Complaint in the Superior Court of the State of California for the County of Los Angeles – Central District. A copy of Plaintiff's complaint is attached hereto as Exhibit 1.

2. All of the claims asserted in Plaintiff's Complaint arise under California state law. (*Id.*) None of the claims arise under the Constitution, laws, or treaties of the United States. (*Id.*)

3. On or about December 4, 2012, Plaintiff filed a Motion for Leave to Amend and File First Amended Complaint. A copy of Plaintiff's Motion for Leave is attached hereto as Exhibit 20.

4. On or about February 22, 2013, Plaintiff was granted leave to file her First Amended Complaint. A copy of the Order Granting Plaintiff's Motion for Leave is attached hereto as Exhibit 24.

5. On or about March 5, 2013, Plaintiff filed her First Amended Complaint. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit 25. Plaintiff's First Amended Complaint includes a claim for retaliation in violation of the Family Medical Leave Act ("FMLA"). (*See* Am. Compl. at ¶¶ 67-77.)

6. On or about March 6, 2013, Defendants were served with a copy of Plaintiff's First Amended Complaint.

647425.1

### B. Jurisdiction And Venue

7. This Court has jurisdiction over the claims asserted in Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1331 and 1367.

   a. This Court has original jurisdiction over Plaintiff's FMLA retaliation claim under 28 U.S.C. § 1331 because it arises "under the Constitution, laws, or treaties of the United States" – namely 29 U.S.C. § 2601 *et seq.* See *Rexwinkel v. Parsons*, 162 F.App'x 698, 700 (9th Cir. 2006) (a FMLA retaliation claim arises under § 2615(a)(2)); *Bachelder v. Am. W. Airlines, Inc.*, 259 F.3d 1112, 1124 (9th Cir. 2001) (a FMLA retaliation claim arises under § 2615(a)(2) or § 2615(b)); *Jadwin v. Cty. of Kern*, 610 F.Supp.3d 1129, 1170 (E.D. Cal. 2009) (plaintiff's FMLA retaliation claim arose out of § 2615(b)(1)). *See also Boecken v. Gallo Glass Co.*, 412 F.App'x 985, 987 (9th Cir. 2011) (the district court had jurisdiction pursuant to 28 U.S.C. § 1331 over plaintiff's FMLA claim); *McConnell v. Genetech, Inc.*, No. C 11-4976, 2012 U.S. Dist. LEXIS 33675, at *3 (N.D. Cal. Mar. 13, 2012) (the court "indisputably" had jurisdiction over a removed action because the complaint alleged a claim under the FMLA).

   b. This Court has supplemental jurisdiction over Plaintiff's other claims in her First Amended Complaint under 28 U.S.C. §1367(a) because "they form part of the same case or controversy" as Plaintiff's FMLA retaliation claim.

8. Pursuant to 28 U.S.C. § 1441(a), this action is properly removed to this Court and venue is proper in this Court because this Court has jurisdiction over Plaintiff's claims in her First Amended Complaint and Defendants have removed the case to the district court of the United States for the district embracing the state court where the action was pending.

### C. Timeliness Of Removal

9. Plaintiff's Complaint did not assert a claim arising under the Constitution, laws, or treaties of the United States and therefore was not removable.

3

10. Plaintiff's First Amended Complaint is the first pleading in this action asserting a claim that arises under the Constitution, laws, or treaties of the United States.

11. Pursuant to 28 U.S.C. § 1446(b)(3), Plaintiff's First Amended Complaint triggered the running of the time period for Defendants to file their notice of removal.

12. Pursuant to 28 U.S.C. § 1446(b)(3), Defendants' Notice of Removal is timely, as it is being filed within 30 days after receipt by Defendants of Plaintiff's First Amended Complaint.

### D.     Other Information Relevant To Removal

13. Pursuant to 28 U.S.C. § 1446(b)(2)(A), counsel for Defendants represents all three Defendants in this matter and all three defendants have consented to the removal of this action.

14. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders that have been served upon Abercrombie to date are attached hereto as Exhibits 1 through 25. The process, pleadings and orders include the following: (1) Ex. 1: Complaint; (2) Ex. 2: Summons; (3) Ex. 3: Civil Case Statement; (4) Ex. 4: Notice of Case Assignment; (5) Ex. 5: Dispute Resolution Information; (6) Ex. 6: Proof of Service of Summons; (7) Ex. 7: Amended Proof of Service of Summons; (8) Ex. 8: Answer; (9) Ex. 9: Application of Daren S. Garcia for Admission Pro Hac Vice; (10) Ex. 10: Declaration of Daren S. Garcia in Support of Application for Admission Pro Hac Vice; (11) Ex. 11: Application of Samantha A. Stilp for Admission Pro Hac Vice; (12) Ex. 12: Declaration of Samantha A. Stilp in Support of Application for Admission Pro Hac Vice; (13) Ex. 13: Order Granting Defendants' Application for Daren S. Garcia to Appear Pro Hac Vice; (14) Ex. 14: Order Granting Defendants' Application for Samantha A. Stilp to Appear Pro Hac Vice; (15) Ex. 15: Amendment to Complaint; (16) Ex. 16: Plaintiff's Case Management Statement; (17) Ex. 17: Amendment to Complaint; (18) Ex. 18:

647425.1

Defendants' Case Management Statement; (19) Ex. 19: Minute Order; (20) Ex. 20: Motion for Leave to Amend and File First Amended Complaint; (21) Ex. 21: Notice of Unavailability of Counsel; (22) Ex. 22: Defendants' Opposition to Motion for Leave to Amend and File First Amended Complaint; (23) Ex. 23: Plaintiff's Reply to Defendants' Opposition to Motion for Leave to Amend and File First Amended Complaint; (24) Ex. 24: Order Granting Plaintiff's Motion for Leave to File First Amended Complaint; (25) Ex. 25: First Amended Complaint.[1]

15.   Pursuant to 28 U.S.C. § 1446(d), a true and complete copy of this Notice of Removal will be filed with the Clerk for the Superior Court of the State of California for the County of Los Angeles – Central District. A copy of the Notice to Adverse Party of Removal to Federal Court is attached hereto as Exhibit 26.

16.   Pursuant to 28 U.S.C. § 1446(d), a true and complete copy of this Notice of Removal will be served on counsel for Plaintiff.

17.   By filing this Notice of Removal, Defendants do not waive any defenses to the claims asserted by Plaintiff that may be available to it, or concede that Plaintiff has pled any claim upon which relief may be granted. Defendants dispute Plaintiff's claims, and contend only that Plaintiff's claims, as pled, establish that this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1367 and that removal is proper under 28 U.S.C. §§ 1441 and 1446.

---

[1] The Superior Court's docket indicates there was a Notice of Case Management Conference filed on November 1, 2012. However, Defendants were not served with a copy of the Notice of Case Management Conference and a copy is not available on the Court's online docket. As such, Defendants are unable to attach a copy of the Notice of Case Management Conference to their Notice of Removal.

647425.1

1  WHEREFORE, Defendants Abercrombie & Fitch Stores, Inc., Stephanie
2 Charles, and Meghan Watumull give notice that the above-described action in the
3 Superior Court of the State of California for the County of Los Angeles – Central
4 District is removed to this Court.

5 Dated: March 25, 2013    Respectfully submitted,

   CAROTHERS DISANTE & FREUDENBERGER LLP
   and
   VORYS, SATYER, SEYMOUR AND PEASE LLP

   _____
   Daphne P. Bishop
   Attorneys for Defendants
   Abercrombie & Fitch Stores, Inc., Stephanie Charles,
   and Megan Watumull (erroneously sued as Meghan
   Watumull)

647425.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

### CV13- 2139 ODW (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
JILLIAN HALLMAN

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
ABERCROMBIE & FITCH, CO., an Ohio Corporation; STEPHANIE CHARLES, an Individual; MEGHAN WATUMULL, an Individual

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Zachary Cantor
Mesriani Law Group
510 Arizona Avenue
Santa Monica, CA 90401
Telephone: (310) 820-6300

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Brent M. Giddens (133652); Daphne P. Bishop (217519)
Carothers DiSante & Freudenberger LLP
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ 0.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff's FMLA retaliation claim under 28 U.S.C. Section 1331 because it arises under the Constitution, laws, or treaties of the United States, 29 U.S.C. Section 2601 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☒ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-02139**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles - Stephanie Charles and Megan Watumull | Franklin County, Ohio - Abercrombie & Fitch Stores, Inc. |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: March 25, 2013
Daphne P. Bishop

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |