JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN HALLMAN,<br><br>            Plaintiff,<br>    v.<br>ABERCROMBIE & FITCH STORES, INC.; STEPHANIE CHARLES; MEGHAN WATUMULL; and DOES 1–25, inclusive,<br><br>            Defendants. | Case No. 2:13-cv-02139-ODW(SSx)<br><br>**JUDGMENT FOR DEFENDANTS** |

In light of the Court's September 27, 2013 Order Granting Defendants' Motion for Summary Judgment, the Court **ORDERS** that the Clerk enter judgment as follows:

1. Judgment for Defendants ABERCROMBIE & FITCH STORES, INC.; STEPHANIE CHARLES; and MEGHAN WATUMULL;

2. Plaintiff JILLIAN HALLMAN shall take nothing;

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

September 27, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**